UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
HERNAN PICALOMINO,                                    Case No. 23-cv-04826

                             Plaintiff,

  - against -

PREMIUM BROKERAGE SERVICES, INC.,                     **CONSENT TO**
MIGUEL R. SALAZAR, UNITED STATES SMALL                **CHANGE ATTORNEY**
BUSINESS ADMINISTRATION AND
CORPORATION SERVICE COMPANY,

                             Defendants.
------------------------------------------------------------------------x

To the Clerk of the Court:

       **IT IS HEREBY CONSENTED THAT**, the LAW OFFICES OF DAVID A. ANTWORK, P.C. located at 1757 Merrick Avenue, Suite 207, Merrick, New York 11566 be substituted as attorneys of record for Plaintiff HERNAN PICALOMINO in the above-entitled action(s) in place and stead of BERNSTEIN & GRAY LAW GROUP PLLC, 20 West Park Avenue, Suite 201, Long Beach, New York 11561 as of the date hereof and is to be noticed on all filings.

Dated: Merrick, New York
       June 30, 2023

_David A. Antwork_____          _CRSGray_____
(incoming attorney)                        (outgoing attorney)
David A. Antwork, Esq. (DA1168)            Colleen R.S. Gray, Esq.
Law Offices of David A. Antwork, P.C.      Bernstein & Gray Law Group PLLC
1757 Merrick Avenue, Suite 207             20 West Park Avenue, Suite 201
Merrick, New York 11566                    Long Beach, New York 11561
(516) 757-5634                             (516) 853-0927
dantwork@davidantworklaw.com               crsgray@bandglawgroup.com


_____
HERNAN PICALOMINO

**TO: All Parties via ECF**

1