UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X

HERNAN PICALOMINO,                                    Docket No. 23-cv-04826

                                   Plaintiff,

        - against -

PREMIUM BROKERAGE SERVICES, INC.,                    ANSWER
MIGUEL R. SALAZAR, UNITED STATES SMALL
BUSINESS ADMINISTATION AND
CORPORATION SERVICE COMPANY,

                                   Defendants.

------------------------------------------------------------------------------X


        Defendants PREMIUM BROKERAGE SERVICES, INC.(hereinafter "Premium") and

MIGUEL L. SALAZAR (hereinafter "Salazar") (hereinafter collectively referred to as

"Defendants"), by and through their attorneys Shiryak, Bowman, Anderson, Gill & Kadochnikov

LLP, hereby answer the numbered allegations of Plaintiff Hernan Picalomino's Verified

Complaint as follows:

1.  Denies information sufficient to form a belief as to the of the allegations contained in
    paragraph 1 of the Verified Complaint.

2.  Avers that no response is required to the information stated in paragraph 2 of the
    Verified Complaint.

3.  Denies information sufficient to form a belief as to the of the allegations contained in
    paragraph 3 of the Verified Complaint.

4.  Admits the allegations contained in paragraph 4 of the Verified Complaint.

5.  Admits the allegations contained in paragraph 5 of the Verified Complaint.

6.  Admits the allegations contained in paragraph 6 of the Verified Complaint.

7. Denies information sufficient to form a belief as to the of the allegations contained in paragraph 7 of the Verified Complaint.

8. Denies information sufficient to form a belief as to the of the allegations contained in paragraph 8 of the Verified Complaint.

9. Denies information sufficient to form a belief as to the of the allegations contained in paragraph 9 of the Verified Complaint.

10. Denies information sufficient to form a belief as to the of the allegations contained in paragraph 10 of the Verified Complaint.

11. Denies the allegationcontained in paragraph 11 of the Verified Complaint.

12. Admits the allegations contained in paragraph 12 of the Verified Complaint.

13. Admits the allegations contained in paragraph 13 of the Verified Complaint.

14. Admits the allegations contained in paragraph 14 of the Verified Complaint.

15. Admits the allegations contained in paragraph 15 of the Verified Complaint.

16. Admits the allegations contained in paragraph 16 of the Verified Complaint.

17. Admits the allegations contained in paragraph 17 of the Verified Complaint.

18. Admits the allegations contained in paragraph 18 of the Verified Complaint.

19. Admits the allegations contained in paragraph 19 of the Verified Complaint.

20. Denies the allegations contained in paragraph 20 of the Complaint. Avers that provision 2(b) of the Purchase and Sale Agreement provides that Defendants agreed to (i) pay Plaintiff a total sum of $220,000 for the purchase of Premium; (ii) tender to Plaintiff $40,000 as a down payment, leaving a remaining $180,000. Avers that provision 2(c) of the contract provides that Defendants agreed to make monthly installment payments toward the principal.

21. Denies the allegations contained in paragraph 21 of the Verified Complaint. Avers that provision 2(g) of the Purchase and Sale Agreement provides that "Purchaser will execute an Application for Consent to Change in Ownership or Legal Structure, assuming ownership and liability from the SBA loan, within 90 days of closing."

22. Denied the allegations contained in paragraph 22 of the Verified Complaint. Avers that Defendants were required to execute the an Application for Consent to Change in Ownership or Legal Structure within 90 days of closing.

23. Denies the allegations contained in paragraph 23 of the Verified Complaint that Plaintiff was to deduct $125,000.00 from the $180,000.00 still due him. Denies the remainder of the allegations contained in paragraph 23 of the Verified Complaint.

24. Denies information sufficient to form a belief as to the allegations contained in paragraph 24 of the Verified Complaint. Avers that the Purchase and Sale Agreement does not say that the balance of the loan, $55,000 was subject to the repayment terms of provision 3 at 2(h).

25. Denies information sufficient to form a belief as to the allegations contained in paragraph 25 of the Verified Complaint.

26. Denies information sufficient to form a belief as to the allegations contained in paragraph 26 of the Verified Complaint.

27. Denies the allegations contained in paragraph 27 of the Verified Complaint.

28. Denies the allegations contained in paragraph 28 of the Verified Complaint.

29. Denies the allegations contained in paragraph 29 of the Verified Complaint.

30. Denies the allegations contained in paragraph 30 of the Verified Complaint.

31. Denies the allegations contained in paragraph 31 of the Verified Complaint.

32. Avers that paragraph 32 of the Verified Complaint contains legal conclusions to which no response is required.

33. Denies the allegations contained in paragraph 33 of the Verified Complaint.

34. Denies the allegations contained in paragraph 34 of the Verified Complaint.

35. Denies the allegations contained in paragraph 35 of the Verified Complaint.

36. Denies the allegations contained in paragraph 36 of the Verified Complaint.

37. Denies the allegations contained in paragraph 37 of the Verified Complaint.

38. Denies the allegations contained in paragraph 38 of the Verified Complaint.

39. Denies the allegations contained in paragraph 39 of the Verified Complaint.

40. Denies the allegations contained in paragraph 40 of the Verified Complaint.

41. Denies the allegations contained in paragraph 41 of the Verified Complaint.

42. Denies the allegations contained in paragraph 42 of the Verified Complaint.

43. Denies the allegations contained in paragraph 43 of the Verified Complaint.

44. Denies the allegations contained in paragraph 44 of the Verified Complaint.

45. Denies the allegations contained in paragraph 45 of the Verified Complaint.

46. Denies the allegations contained in paragraph 46 of the Verified Complaint.

47. Admits the allegations contained in paragraph 47 of the Verified Complaint.

48. Denies the allegations contained in paragraph 48 of the Verified Complaint.

49. Denies the allegations contained in paragraph 49 of the Verified Complaint.

50. Denies the allegations contained in paragraph 50 of the Verified Complaint.

51. Admits the allegations contained in paragraph 51 of the Verified Complaint.

52. Admits the allegations contained in paragraph 52 of the Verified Complaint.

53. Denies the allegations contained in paragraph 53 of the Verified Complaint.

54. Denies the allegations contained in paragraph 54 of the Verified Complaint.

55. Denies the allegations contained in paragraph 55 of the Verified Complaint.

56. Denies the allegations contained in paragraph 56 of the Verified Complaint.

57. Denies the allegations contained in paragraph 57 of the Verified Complaint.

58. Denies the allegations contained in paragraph 58 of the Verified Complaint.

59. Denies the allegations contained in paragraph 59 of the Verified Complaint.

60. Denies the allegations contained in paragraph 60 of the Verified Complaint.

61. Denies the allegations contained in paragraph 61 of the Verified Complaint.

62. Denies information sufficient to admits or deny the allegations contained in paragraph 62 of the Verified Complaint.

63. Denies information sufficient to admits or deny the allegations contained in paragraph 63 of the Verified Complaint.

64. Denies information sufficient to admits or deny the allegations contained in paragraph 64 of the Verified Complaint.

65. Denies the allegations contained in paragraph 65 of the Verified Complaint.

66. Denies the allegations contained in paragraph 66 of the Verified Complaint.

67. Avers that no response is required to the information stated in paragraph 67 of the Verified Complaint.

68. Denies the allegations contained in paragraph 68 of the Verified Complaint.

69. Denies the allegations contained in paragraph 69 of the Verified Complaint.

70. Denies the allegations contained in paragraph 70 of the Verified Complaint.

71. Denies information sufficient to admits or deny the allegations contained in paragraph 71 of the Verified Complaint.

72. Denies the allegations contained in paragraph 72 of the Verified Complaint.

73. Denies the allegations contained in paragraph 73 of the Verified Complaint.

74. Denies the allegations contained in paragraph 74 of the Verified Complaint.

75. Denies the allegations contained in paragraph 75 of the Verified Complaint.

76. Denies the allegations contained in paragraph 76 of the Verified Complaint.

77. Denies the allegations contained in paragraph 77 of the Verified Complaint.

78. Denies the allegations contained in paragraph 78 of the Verified Complaint.

79. Denies the allegations contained in paragraph 79 of the Verified Complaint.

80. Denies the allegations contained in paragraph 80 of the Verified Complaint.

81. Denies the allegations contained in paragraph 81 of the Verified Complaint.

82. Avers that no response is required to the information stated in paragraph 82 of the Verified Complaint.

83. Avers that no response is required to the information stated in paragraph 83 of the Verified Complaint.

84. Denies the allegations contained in paragraph 84 of the Verified Complaint.

85. Denies the allegations contained in paragraph 85 of the Verified Complaint.

86. Denies the allegations contained in paragraph 86 of the Verified Complaint.

87. Denies the allegations contained in paragraph 87 of the Verified Complaint.

88. Denies the allegations contained in paragraph 88 of the Verified Complaint.

89. Denies the allegations contained in paragraph 89 of the Verified Complaint.

90. Denies the allegations contained in paragraph 90 of the Verified Complaint.

91. Denies the allegations contained in paragraph 91 of the Verified Complaint.

92. Denies the allegations contained in paragraph 92 of the Verified Complaint.

93. Denies the allegations contained in paragraph 93 of the Verified Complaint.

94. Denies the allegations contained in paragraph 94 of the Verified Complaint.

95. Avers that no response is required to the information stated in paragraph 95 of the Verified Complaint.

96. Avers that no response is required to the information stated in paragraph 96 of the Verified Complaint.

97. Denies the allegations contained in paragraph 97 of the Verified Complaint.

98. Denies the allegations contained in paragraph 98 of the Verified Complaint.

99. Denies the allegations contained in paragraph 99 of the Verified Complaint.

100. Denies the allegations contained in paragraph 100 of the Verified Complaint.

101. Denies the allegations contained in paragraph 101 of the Verified Complaint.

102. Avers that no response is required to the information stated in paragraph 102 of the Verified Complaint.

103. Denies the allegations contained in paragraph 103 of the Verified Complaint.

104. Denies the allegations contained in paragraph 104 of the Verified Complaint.

105. Denies the allegations contained in paragraph 105 of the Verified Complaint.

106. Denies the allegations contained in paragraph 106 of the Verified Complaint.

107. Denies the allegations contained in paragraph 107 of the Verified Complaint.

108. Denies the allegations contained in paragraph 108 of the Verified Complaint.

109. Denies the allegations contained in paragraph 109 of the Verified Complaint.

110. Admits the allegations contained in paragraph 110 of the Verified Complaint.

111. Denies the allegations contained in paragraph 111 of the Verified Complaint.

112. Denies the allegations contained in paragraph 112 of the Verified Complaint.

113.    Denies the allegations contained in paragraph 113 of the Verified Complaint.

114.    Denies the allegations contained in paragraph 114 of the Verified Complaint.

115.    Avers that no response is required to the information stated in paragraph 115 of the Verified Complaint.

116.    Denies the allegations contained in paragraph 116 of the Verified Complaint.

117.    Denies the allegations contained in paragraph 117 of the Verified Complaint.

118.    Denies the allegations contained in paragraph 118 of the Verified Complaint.

119.    Denies the allegations contained in paragraph 119 of the Verified Complaint.

120.    Avers that no response is required to the information stated in paragraph 120 of the Verified Complaint.

121.    Denies the allegations contained in paragraph 121 of the Verified Complaint.

122.    Denies the allegations contained in paragraph 122 of the Verified Complaint.

123.    Denies the allegations contained in paragraph 123 of the Verified Complaint.

124.    Denies the allegations contained in paragraph 124 of the Verified Complaint.

125.    Denies the allegations contained in paragraph 125 of the Verified Complaint.

126.    Denies the allegations contained in paragraph 126 of the Verified Complaint.

127.    Denies information sufficient to admits or deny the allegations contained in paragraph 127 of the Verified Complaint.

128.    Denies the allegations contained in paragraph 128 of the Verified Complaint.

129.    Avers that no response is required to the information stated in paragraph 129 of the Verified Complaint.

130.    Denies the allegations contained in paragraph 130 of the Verified Complaint.

131.    Denies the allegations contained in paragraph 131 of the Verified Complaint.

132.    Denies the allegations contained in paragraph 132 of the Verified Complaint.

133.    Avers that no response is required to the information stated in paragraph 133 of

the Verified Complaint.

134.    Denies the allegations contained in paragraph 134 of the Verified Complaint.

135.    Denies the allegations contained in paragraph 135 of the Verified Complaint.

136.    Denies the allegations contained in paragraph 136 of the Verified Complaint.

137.    Denies the allegations contained in paragraph 137 of the Verified Complaint.

138.    Avers that no response is required to the information stated in paragraph 138 of

the Verified Complaint.

139.    Denies the allegations contained in paragraph 139 of the Verified Complaint.

140.    Denies the allegations contained in paragraph 140 of the Verified Complaint.

141.    Denies the allegations contained in paragraph 141 of the Verified Complaint.

142.    Denies the allegations contained in paragraph 142 of the Verified Complaint.

143.    Denies the allegations contained in paragraph 143 of the Verified Complaint.

144.    Denies the allegations contained in paragraph 144 of the Verified Complaint.

145.    Denies the allegations contained in paragraph 145 of the Verified Complaint.

146.    Denies the allegations contained in paragraph 146 of the Verified Complaint.

Dated: July 21, 2023

Kew Gardens, NY

/s/ Kadochnikov

_____
Alexander Kadochnikov, Esq.
Shiryak, Bowman, Anderson,
Gill & Kadochnikov, LLP

Attorney for the Plaintiff
80-02 Kew Gardens Rd, Suite 600
Kew Gardens, NY 11415
718-577-3261
akadochnikov@sbagk.com