# SCHEDULING ORDER WORKSHEET

**DEADLINES & COURT APPEARANCES**

October 16, 2023 : Exchange of Rule 26(a)(1) disclosures

November 2, 2023 : Service of first interrogatories and document demands

December 4, 2023 : Responses to first interrogatories and document demands

30 days after the last party deposition : Motions to join new parties or amend the pleadings

**TBD by Court:** Status conference in courtroom 820

February 28, 2024 : Completion of depositions

March 29, 2024 : Identification of case-in-chief experts and service of Rule 26 disclosures

April 30, 2024 : Identification of rebuttal experts and service of Rule 26 disclosures

May 31, 2024 : Commencement of summary judgment motion practice.

**TBD by Court:** Pretrial conference in courtroom 820