

April 24, 2024

**VIA ECF**
Hon. Steven I. Locke
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 820
Central Islip, New York 11722

         Re:  Picalomino v. Salazar, et. al.
             Case No. 23-cv-04826 (NRM)(SIL)

Dear Judge Locke:

  I am counsel to the Plaintiff in the above-referenced matter.

  There is a status conference currently scheduled for today, Wednesday, April 24, 2024 at 10:00 a.m. With the knowledge and consent of counsel for Defendants Miguel R. Salazar and Premium Brokerage Services, Inc., and with apologies for the last-minute notice, I write to respectfully request that the Court adjourn the conference for thirty (30) days or such other date that pleases the Court.

  As previously advised, the parties have reached a settlement in this matter, the settlement agreement has been executed by the parties and the first three payments pursuant to the agreed upon payment plan have been made. There is one payment remaining which is expected this week.

  In addition, counsel for the parties have been communicating as there have been some logistical issues with the transfer of the SBA loan which was the subject of this action and the separate settlement agreement with the SBA. Once that is finalized and confirmed, the parties will be able to discontinue this action. Defendants' counsel has advised that the SBA initially could not complete the transfer without Defendants providing two years of tax returns which he advises he is working on providing.

  Therefore, the parties request another adjournment of the conference in contemplation of finalizing the settlement and discontinuance.

  We appreciate the Court's time and consideration.

   

THE LAW OFFICES OF
**DAVID A. ANTWORK**, P.C.

Hon. Steven I. Locke
April 24, 2024
Page -2-

                Respectfully submitted,

                LAW OFFICES OF
                DAVID A. ANTWORK, P.C.

                *David A. Antwork*

                DAVID A. ANTWORK (DA1168)

cc: All parties (via ECF)